AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

OCT 24 2019

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Nathanial Blake Salinas | ) ) ) ) ) ) ) )<br>Case No. C-19-4068M |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 9, 2019__ in the county of __Nueces__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(c) | Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or threat to injure the person of another |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Christopher J. Molite, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/24/2019

_____
Judge's signature

City and state: Corpus Christi, Texas

Jason B. Libby, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Christopher J. Molite, being duly sworn on oath states:

I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Houston Division, Corpus Christi Resident Agency, and have been so employed since April 2009. The following facts and information are known by the Affiant and were provided by other law enforcement officers directly involved in the investigation of this matter. These facts and circumstances are being provided as probable cause in support of a complaint for violations of Title 18, United States Code, Section 875(c) – transmitting in interstate commerce a threat to injure a person.

On October 9, 2019, Facebook user Natedawg Salinas posted a comment on Facebook stating "man fuck those teachers it's the fucking Spanish teachers they don't know shit that's why when I went to Spanish I didn't do shit but y'all and fool around but reading this sucks cuz now I'm go to that mf school shoot them." He followed that comment with "First one is gonna be that bitch ass teacher" and then "jk jk." The comments were in response to a post by Facebook user Bosman Mb and problems her son was having with the Corpus Christi Independent School District (CCISD).

The CCISD Police Department identified Facebook user Bosman Mb as Marisa Bosman and Natedawg Salinas as her 19 year old son, Nathanial Salinas. CCISD Police Officers went to Bosman's residence and Bosman admitted to making a post about issues her minor son was having with his Spanish teacher at Grant Middle School. She said her other son, Nathanial responded to the post but was just joking around. Nathanial was not home at the time, but was located and arrested by the CCSID Police Department on October 10, 2019 for making a terroristic threat.

Prior to Salinas' arrest, Grant Middle School was placed on lockdown, causing fear amongst the students and their families. The Spanish teacher told CCISD Officers he/she was shocked and scared for his/her life.

Your Affiant believes that the aforementioned information constitutes sufficient probable cause to believe that Nathanial Salinas has violated Title 18 United States Code, Section 875(c), by transmitting in interstate commerce a threat to injure a person.

Christopher J. Molite, Special Agent, FBI

24th day of October, 2019
Date

Jason B. Libby
United States Magistrate Judge