UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER: 2:19-MJ-4068 |
| | § | |
| NATHANIEL SALINAS | § | |

## MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

COMES NOW the United States of America through Jennifer B. Lowery, Acting United States Attorney in and for the Southern District of Texas, and moves the Honorable Court to **DISMISS** the above-entitled and numbered Complaint, as to Defendant, NATHANIEL SALINAS, without prejudice in the interest of justice.

Respectfully submitted,

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By:   By: *s/ Brittany L. Jensen*
BRITTANY L. JENSEN
Assistant United States Attorney
Texas Bar No. 24050821
Southern District No. 2487038
800 N. Shoreline Blvd, Suite 500
Corpus Christi, Texas 78401
Tel. (361) 888-3111

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **GOVERNMENT'S MOTION TO DISMISS COMPLAINT** has been sent by electronic notification to the Attorney for the defendant on the August 30, 2021.

*s/ Brittany L. Jensen*
BRITTANY L. JENSEN
Assistant United States Attorney